**CONNERS MARINE CO., Inc., Appellant, v. UNITED STATES GYPSUM CO., Appellee.**

**No. 105.**

Circuit Court of Appeals, Second Circuit.

Dec. 11, 1939.

John E. Purdy, of New York City, for appellant.

F. Herbert Prem, of New York City, for appellee.

Before L. HAND, CHASE, and PATTERSON, Circuit Judges.

PER CURIAM.

Decree affirmed on authority of Standard etc. Works v. Travelers Ins. Co., 4 Cir., 107 F.2d 373.

**CRITES PATENTS, Inc., v. RCA PHOTO-PHONE, Inc., a Corporation, and RKO Studios, Inc., a Corporation.**
**CRITES PATENTS, Inc., v. ELECTRICAL RESEARCH PRODUCTS, Inc., a Corporation, and Metro-Goldwyn-Mayer Corporation, a Corporation.**

**No. 9360.**

Circuit Court of Appeals, Ninth Circuit.

Nov. 20, 1939.

Appellant acting in its own behalf by V. C. Crites, its president.

Leonard S. Lyon, of Los Angeles, Cal., for appellees.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

· PER CURIAM.

Upon stipulation of respective parties, and good cause therefor appearing, ordered appeals in above cause dismissed, without costs to any party, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.

**In the Matter of CUE'S BUFFETT COMPANY, a Corporation, Bankrupt.**

**No. 11621.**

Circuit Court of Appeals, Eighth Circuit.

Nov. 13, 1939.

James B. Nourse, of Kansas City, Mo., for National Cash Register Co.

PER CURIAM.

Motion of the National Cash Register Company for allowance of appeal denied.